UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-CV-20120-PCH

JUAN MANUEL HERNANDEZ, and all
others similarly situated under 29 U.S.C.
216(b),
        Plaintiff,
vs.

WL GENERAL SERVICES, CORP., MSB
TOTAL SERVICES, CORP. and LUCIMARA
HELGERT,

        Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING R&R

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") [ECF No. 18], which was entered on February 4, 2026. The R&R addressed Plaintiff's Bill of Costs [ECF No. 12]. Magistrate Judge Louis recommends that the Court grant in part and deny in part Plaintiff's Motion. The Court has reviewed Magistrate Judge Louis' R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby:

**ORDERED AND ADJUDGED** that Magistrate Judge Louis' R&R is **ADOPTED** and **AFFIRMED in its entirety**. Plaintiff's Motion for Bill of Costs **[ECF No. 12]** is **GRANTED IN PART and DENIED IN PART**. Plaintiff is awarded $1,781.55 in taxable costs, plus interest, from the day of the judgment pursuant to 28 U.S.C. § 1920.

1

**DONE AND ORDERED** in Miami, Florida on February 23, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record